# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MedArbor, LLC,

    Plaintiff,

v.                               Case No. 2:18-cv-1249

Ohio River Laboratory/IPath, LLC, *et al.*,    Judge Michael H. Watson

    Defendants.                   Magistrate Judge Vascura

## ORDER

On May 7, 2019, Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), which recommended that the Court deny without prejudice Plaintiff's motion for default judgment, ECF No. 34, and that the Clerk of Court enter default against Ohio River. R&R, ECF No. 37. The R&R advised the parties of their right to object and warned them of the consequences of failing to do so. *Id.* The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R. The Clerk **SHALL ENTER DEFAULT** against Ohio River. Plaintiff's motion for default judgment, ECF No. 34, however, is **DENIED WITHOUT PREJUDICE TO RENEWAL**. The Clerk shall terminate ECF Nos. 34 and 37 as pending motions.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**