IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION, COLUMBUS

| | |
|---|---|
| MEDARBOR, LLC, | ) Case No. 2:18-cv-01249-MHW-CMV |
| Plaintiff, | ) Judge Michael H. Watson |
| | ) Magistrate Judge Chelsey M. Vascura |
| v. | ) |
| OHIO RIVER LABORATORY/IPATH, LLC d/b/a Ohio River Laboratories, LLC, et al., | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

NOW COME Defendants, Ohio River Laboratory/iPath, LLC d/b/a Ohio River Laboratories, LLC, Uday R. Shah, and Mitali Uday Shah, jointly and severally (hereinafter collectively referred to as the "ORL Defendants"), and hereby consent to the filing of this consent judgment in favor of Plaintiff, MedArbor, LLC.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00) is entered against each of the following, jointly and severally: Ohio River Laboratory/iPath, LLC d/b/a Ohio River Laboratories, LLC, Uday R. Shah, and Mitali Uday Shah. Interest shall further accrue at the rate of 5% from August 1, 2018 until the date that this judgment is satisfied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment in the amount of Twenty-three Thousand Three Hundred Thirty-seven Dollars and Fifty Cents ($23,337.50) is entered against each of the following, jointly and severally: Ohio River Laboratory/iPath, LLC d/b/a Ohio River Laboratories, LLC, Uday R. Shah, and Mitali Uday Shah. Interest shall further accrue at the statutory rate of interest from the date of this entry until the date that this judgment is satisfied.

1

Defendant Mustapha Moulad Chikh ("Chikh") is not part of this Consent Judgment and all claims by Plaintiff, Medarbor, LLC, against Defendant Chikh remain pending. This resolves all pending claims against Ohio River Laboratory/iPath, LLC d/b/a Ohio River Laboratories, LLC, Uday R. Shah, and Mitali Uday Shah.

_____       July 15, 2019
Honorable Judge Michael H. Watson    Date
~~CONSENTED BY:~~

*/s/ Brian E. Dickerson*
Brian E. Dickerson, Esq. (0069227)
FISHERBROYLES, LLP
2390 Tamiami Trail North, Suite 100
Naples, FL 34103
(202) 570-0248
brian.dickerson@fisherbroyles.com

Amy L. Butler, Esq. (0075714)
6800 W. Central Ave., Suite E
Toledo, OH 43617
(419) 214-1050
amy.butler@fisherbroyles.com
*Attorneys for Plaintiff*

_____
Printed Name: MITALI SHAH
Duly Authorized Representative
Ohio River Laboratory/iPath, LLC d/b/a
Ohio River Laboratories, LLC
14626 Bradford Colony Drive
Houston, TX 77084

_____
Uday R. Shah, Individually
14626 Bradford Colony Drive
Houston, TX 77084

_____
Mitali Uday Shah, Individually
14626 Bradford Colony Drive
Houston, TX 77084

## CERTIFICATE OF SERVICE

On July 10, 2019, the foregoing document was served via US Regular Mail to:

Ohio River Laboratory/IPath, LLC
d/b/a Ohio River Laboratories, LLC
14626 Bradford Colony Drive
Houston, TX 77084,

Uday R. Shah
14626 Bradford Colony Drive
Houston, TX 77084,

Mitali Uday Shah
14626 Bradford Colony Drive
Houston, TX 77084, and

Mustapha Moulad Chikh
3217 Sleepy Hollow Drive
Plano, TX 75093

/s/ Brian E. Dickerson
Brian E. Dickerson (0069227)
FISHERBROYLES, LLP

*Attorney for Plaintiff*